UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CASEY PHILLIP,

                                                      Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, DAYSI GARCIA,
Principal of P65K, MARTHA RODRIGUEZ-TORRES,
Local Instructional Superintendent,

                                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

09 Civ. 442 (ILG)(JO)

**PLEASE TAKE NOTICE** that, upon defendants the City of New York, the New York City Department of Education, and Daysi Garcia's[1] Local Rule 56.1 Statement of Undisputed Material Facts, dated July 21, 2010; the Declaration of Jane E. Andersen, dated July 21, 2010, and the declaration and exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated July 21, 2010, and upon all other pleadings and proceedings herein, defendants will move this Court, at the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable I. Leo Glasser, at a time and date to be determined by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting defendants summary judgment and dismissing all claims in this action.

---

[1] Upon information and belief, Martha Rodriguez-Torres, who is named as a defendant herein, has not been properly served with the summons and complaint in this action. Plaintiff's attorney purportedly served a copy of the original summons and complaint to an address that is not her current business address. Our office has advised plaintiff's attorney of this and has provided him with her correct business address by letter dated March 11, 2009 in order to assist with the proper service of Ms. Rodriguez-Torres. Upon information information and belief, Ms. Rodriguez-Torres has not been served at the address provided.

-2-

**PLEASE TAKE FURTHER NOTICE**, that in accordance with the briefing schedule set by the Court, plaintiff is to serve his opposition papers no later than September 1, 2010, and defendants' reply papers are to be served no later than September 22, 2010.

Dated:	New York, New York
	July 21, 2010

          **MICHAEL A. CARDOZO**
          Corporation Counsel of the
            City of New York
          Attorney for the Defendants
          100 Church Street, Room 2-315
          New York, New York  10007
          T:  (212) 788-0870
          E:  janderse@law.nyc.gov

          By:	_____/s/_____
               Jane E. Andersen
               Assistant Corporation Counsel

TO:	Anthony C. Ofodile
	Ofodile & Associates, P.C.
	498 Atlantic Avenue
	Brooklyn, New York  11217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CASEY PHILLIP,

                                            Plaintiff,      09 Civ. 442 (ILG)(JO)

      -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, DAYSI GARCIA,
Principal of P65K, MARTHA RODRIGUEZ-TORRES,
Local Instructional Superintendent,

                                            Defendants.

------------------------------------------------------------------------ x

        Jane E. Andersen, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on July 21, 2010, she caused a true and correct copy of the foregoing NOTICE OF MOTION FOR SUMMARY JUDGMENT, dated July 21, 2010, to be served upon:

                              Anthony C. Ofodile
                              Ofodile & Associates, P.C.
                              498 Atlantic Avenue
                              Brooklyn, New York  11217

by regular mail, directed to same at the above address, and by ECF.

Dated:       New York, New York
              July 21, 2010

                              _____/s/_____
                              Jane E. Andersen
                              Assistant Corporation Counsel
                              100 Church Street, Room 2-315
                              New York, New York 10007
                              T:  (212) 788-0870
                              janderse@law.nyc.gov

09 Civ. 442(ILG)(JO)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| CASEY PHILLIP,<br><br>                 Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION, DAYSI GARCIA, Principal of P65K, MARTHA RODRIGUEZ-TORRES, Local Instructional Superintendent,<br><br>                 Defendants. |
| **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br> *Attorney for Defendants the City of New York,*<br> *the New York City Department of Education,*<br> *and Daysi Garcia*<br> 100 Church Street, Room 2-315<br> New York, N.Y.  10007<br><br> Of Counsel:  Jane E. Andersen<br> Tel:  (212) 788-0870<br> Matter #. 2009-006720 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ......................................................, 201......*<br><br>*.................................................................... Esq.*<br><br>*Attorney for..........................................................* |